IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ASSURANCE COMPANY OF AMERICA**                                   **PLAINTIFF**

**VS.**                                **4:14-CV-00017-BRW**

**ENTECH, INC.,** *et al.*                                                            **DEFENDANT**

## ORDER

The parties stipulate to dismissal of this case without prejudice.[1]  Accordingly, this case is DISMISSED without prejudice.  The Court retains jurisdiction to enforce any settlement agreements between the parties.

IT IS SO ORDERED this 15th day of July, 2014.

                                                  /s/Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 31.